# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MARC JACOBS TRADEMARKS, LLC and MARC JACOBS INTERNATIONAL, LLC, <br><br> Plaintiffs, <br> v. <br><br> BELLEZA BAG STORE, et al., <br><br> Defendants. | Case No. 20-cv-00788 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Jeffrey I. Cummings** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Marc Jacobs Trademarks, LLC ("MJT") and Marc Jacobs International, LLC ("MJI") (collectively, the "MJ Entities" or "Plaintiffs"), hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| DUOFIER Bag's Store | 160 |

Dated this 24th day of April 2020.        Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC*